**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01291-LTB

DAVID SPAULDING,

       Plaintiff,

v.

ACCELERATED FINANCIAL SOLUTIONS, L.L.C., a Virginia Limited Liability Company,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc 3 - filed June 6, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:  June 7, 2011